**ORIGINAL**

# United States Court of Federal Claims
No. 18-1093 C
Filed: August 16, 2018

**FILED**
AUG 1 6 2018
U.S. COURT OF
FEDERAL CLAIMS

| | )
|---|---|
| JASON BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

    On July 25, 2018, plaintiff, Jason Brown, proceeding *pro se*, filed a Complaint with this Court, along with a Motion to proceed *in forma pauperis*. In his Complaint, plaintiff alleges that Congress compromised his identity and committed a Fifth Amendment taking by introducing several bills identified by the last four digits of plaintiff's social security number. Plaintiff seeks $2.5 million in monetary damages for the alleged offenses.

    Dismissal is required upon a determination that an action is frivolous or malicious. *See* 28 U.S.C. § 1915(e)(2)(B)(i). Frivolous complaints are "those in which the factual allegations are so unbelievable that there is no need for an evidentiary hearing to determine their veracity." *Taylor v. United States*, 568 F. App'x 890, 891 (Fed. Cir. 2014); *see Neitzke v. Williams,* 490 U.S. 319, 327 (1989) (frivolous claims include those that describe "fantastic or delusional scenarios"). A court is required to dismiss a frivolous complaint from a litigant who is proceeding *in forma pauperis*.[1] 28 U.S.C. § 1915(e)(2)(B).

    Mr. Brown has a history of filing frivolous complaints in other Courts. *See Brown v. City of Philadelphia Office of Human Resources*, No. 18-544 (E.D. Pa.) (dismissing plaintiff's claim as malicious); *Brown v. City of Philadelphia*, No. 17-3242 (E.D. Pa.) (dismissing claim as frivolous); *Brown v. U.S. Dep't of Commerce*, No. 17-2929 (E.D. Pa.) (dismissing plaintiff's action as frivolous and for failure to comply with Federal Rule of Civil Procedure 8(a)). In the present action, plaintiff's complaint alleges that "the serial number being known as (2682) in which it is attached to my social security number has been taken by the U.S. Congress. . . . The

---

[1]     While the Court of Federal Claims is not generally considered to be a "court of the United States" within the meaning of Title 28 of the United States Code, 28 U.S.C. § 2503(d) deems the Court of Federal Claims to be a "court of the United States" for purposes of 28 U.S.C. § 1915.

7017 1450 0000 6959 9764

visible behavior of the Congress is a taking and compr[o]mise of identity in regards to public use of the serial number." Complaint (hereinafter "Compl.") at 2. Plaintiff's allegations are fanciful and require no evidentiary hearing to determine their veracity. The mere coincidence that the last four digits of plaintiff's social security number have been used to identify different Congressional Bills does not constitute a taking. Upon *sua sponte review*, this Court finds that plaintiff's Complaint is a frivolous action that requires no evidentiary hearing.

As such, plaintiff's complaint is, *sua sponte*, **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's Motion to proceed *in forma pauperis* is **GRANTED**. The Clerk of Court is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

*[signature]*
Loren A. Smith, Senior Judge